PER CURIAM. Upon filing stipulation, and other papers in this action, ordered that all proceedings herein be stayed until 30 days after the hearing and decision by the Court of Appeals of the appeal pending in that court in the action of Emerick v. Hackett, 189 N. Y. —, 82 N. E. 1126.

HAINES, Appellant, v. BARBER et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 29, 1907.) Action by Franklin Haines against Amzi L. Barber and others. No opinion. Judgment affirmed, with costs. See 113 App. Div. 696, 100 N. Y. Supp. 75.

HAIRE v. HUGHES. (Supreme Court, Appellate Division, First Department. January 17, 1908.) Action by Robert J. Haire against Joseph J. Hughes. No opinion. Motion denied, without costs. Order filed.

HALL, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Jerusha I. Hall against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

HALSTED et al., Respondents, v. SILBERSTEIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by John M. Halsted and another against Jacob Silberstein and another. No opinion. Judgment affirmed, with costs.

HAMMOND, Respondent, v. HAMMOND, Appellant. (Supreme Court, Appellate Division, First Department. January 10, 1908.) Action by Mary A. Hammond against Charles L. Hammond. G. S. Keyes, for appellant. D. T. Kimball, for respondent. No opinion. Judgment reversed, and new trial ordered, costs to appellant to abide event, on 103 App. Div. 437, 93 N. Y. Supp. 1. Order filed.

HANNA, Respondent, v. PITT & SCOTT, Limited, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1907.) Action by William E. Hanna against Pitt & Scott, Limited. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs.

HANNA, Respondent, v. SPIEGELBERG et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by John W. Hanna, doing business as Hanna & Co., against Charles S. Spiegelberg and others. No opinion. Order affirmed, with costs.

HARBOR & SUBURBAN BUILDING & SAVINGS ASS'N, Appellant, v. WOOD et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 5, 1907.) Action by the Harbor & Suburban Building & Savings Association against George T. Wood and others. No opinion. Motion denied, without costs.

In re HART. (Supreme Court, Appellate Division, First Department. December 6, 1907.) In the matter of Joseph D. Hart. No opinion. Reference ordered. Settle order on notice.

HAWKINS, Respondent, v. VAN NUYSE, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Annie E. Youngs Hawkins against James C. C. Van Nuyse. No opinion. Judgment and order unanimously affirmed, with costs.

HEBBARD, Com'r, Respondent, v. LOEB, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by Robert W. Hebbard, commissioner, against Eugene Loeb. C. Goldzier, for appellant. M. J. Kelly, for respondent. No opinion. Judgment and order affirmed. Order filed.

HEBREW GEMILATH ASS'N, Respondent, v. FREEDMAN, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by the Hebrew Gemilath Association against Fritz Freedman. H. W. Pollock, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HEFFRON, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Richard Heffron against the New York City Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

HEINDEL, Appellant, v. HEINDEL et al., Respondents. (Supreme Court, Appellate Division, First Department. January 10, 1908.) Action by Theresa Heindel against Caroline Heindel and others. F. Weiner, for appellant. C. C. Miller, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

HICKEY, Respondent, v. BLOOMFIELD, Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1907.) Action by Johanna Hickey against Henry F. Bloomfield. No opinion. Judgment of the Municipal Court affirmed, with costs.

HOBUSCH, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Action by Theodore Hobusch against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

HOFACKER, Respondent, v. HOFACKER, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Gottfried Hofacker against Victorine Hofacker. No opinion. Motion to open default granted, without costs.

HOHL v. HEWITT MOTOR CO. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by Max P. Hohl against the Hewitt Motor Com-